JUNE 1, 1964.

No. 592. GRIFFIN ET AL. v. COUNTY SCHOOL BOARD OF PRINCE EDWARD COUNTY ET AL., *ante*, p. 218. The motion of the petitioners that the judgment issue forthwith is granted. *Henry L. Marsh III, Robert L. Carter* and *S. W. Tucker* on the motion.

No. 1006. RADIO & TELEVISION BROADCAST TECHNICIANS LOCAL UNION 1264, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. v. BROADCAST SERVICE OF MOBILE, INC. On petition for writ of certiorari to the Supreme Court of Alabama. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 1403, Misc. HEAD v. CALIFORNIA. Motion for leave to file petition for writ of certiorari denied.

No. 1349, Misc. MADDOX v. HOLMAN, WARDEN;
No. 1350, Misc. MCDONALD v. KROPP, WARDEN;
No. 1378, Misc. MCDERMOTT ET AL. v. RUSSELL, CORRECTIONAL SUPERINTENDENT;
No. 1388, Misc. TESTA v. SUPERINTENDENT, DEUEL VOCATIONAL INSTITUTION;
No. 1394, Misc. DUGGIN v. TENNESSEE ET AL.; and
No. 1404, Misc. HORNER v. FLORIDA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1276, Misc. SHOENFIELD v. HUGHES ET AL. Motion for leave to file petition for writ of mandamus denied. *Michael M. Kearney* for petitioner.

No. 1303, Misc. HARPER v. SMITH, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.